

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ELIOT SPITZER**
Attorney General

Writer Direct: (518) 402-2270
September 10, 2003

**STATE COUNSEL DIVISION**
LITIGATION BUREAU

Ernest H. Hammer, Esq.
26 Broadway, 17th floor
New York, NY 10004

Re:   *Tornheim v. State of New York, et al*
      Northern District of New York
      03-CV-0940 (LEK)(DRH)

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

SEP 12 2003

LAWRENCE K. BAERMAN, CLERK
ALBANY

Dear Mr. Hammer:

Enclosed please find copies of the following:

(1)(a) a Notice of Defendants' Motion to Dismiss under Fed. R. Civ. P. Rule 12(b)(1) (return date blank).
   (b) a Memorandum in support of Defendants' Motion to Dismiss under Fed. R. Civ. P. Rule 12(b)(1).
   (c) an attorney's affirmation of AAG Charles J. Quackenbush.

Please note that our procedure is governed by NDNY Local Rule 7.1(b)(1). As such I will need you to supply me with an original and at least one copy of your response materials within 21 days of your receipt of this package. Thank you for your attention to this matter.

Very truly yours,

Charles J. Quackenbush
Assistant Attorney General
BRN 601683
(518)402-2270

encs.
cc:   Lawrence K. Baerman (*without encs.*)
      Clerk of the Court
      United States District Court, Northern District of New York
      445 Broadway, room 345
      Albany, NY 12207-2963

THE CAPITOL, ALBANY, NY 12224 ● (518) 474-8370 ● FAX(518) 473-1572
* NOT FOR SERVICE OF PAPERS